No. 01–5351. THOMPSON v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 01–5352. WILLS v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5353. THOMAS v. DUNCAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 01–5354. WILLIAMS v. OHIO DEPARTMENT OF REHABILITATION AND CORRECTION ET AL. C. A. 6th Cir. Certiorari denied.

No. 01–5356. CUELLAR-RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5357. HOSKINS v. FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5364. SABA v. BARNES, GOVERNOR OF GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5365. LEIJA v. ELO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5366. DOTSON v. SMITH. Ct. App. Mich. Certiorari denied.

No. 01–5367. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–5368. HARDESTY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5369. GONZALEZ v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 01–5370. FRENCH v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.